The Prudential Insurance Company of America, Appellant, v. Jasper St. Angel et al., Appellees. F. Sidney Mariner, Appellee.

Gen. No. 9,407.

opinion filed August 3, 1939. Higgins & Minow, Early, Carpenter & Early, for appellant; Harold P. Minow, Joseph M. Minow and W. E. Carpenter, of counsel; Harry B. North and Large & Reno, for appellee F. Sidney Mariner. Opinion by PRESIDING JUSTICE DOVE. ''Not to be published in full.''